# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:13-CV-065-MOC-DCK

| | |
|---|---|
| TYWANNIA HORNE-CHRISTIAN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| PINNACLE ASSET GROUP, LLC, | )<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 13) informing the Court that the parties reached a settlement on October 7, 2013. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **November 12, 2013**.

**IT IS FURTHER ORDERED** that the "Motion To Compel Discovery" (Document No. 9) is hereby **DENIED AS MOOT**.

Signed: October 17, 2013

David C. Keesler
United States Magistrate Judge